20 So.2d 527

**RICH v. STATE.**

2 Div. 197.

Supreme Court of Alabama.

Jan. 11, 1945.

S. C. Godbold, of Camden, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

286

LIVINGSTON, Justice.

The defendant was indicted, tried and convicted of murder in the first degree, and her punishment fixed at life imprisonment in the state penitentiary.

The appeal is upon the record proper, without bill of exceptions or transcription of the evidence by the court reporter. No error appearing in the record, the judgment of the lower court is due to be affirmed. It is so ordered.

Affirmed.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.